IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY WINSTON UCKELE,

    Petitioner,                          No. C 12-04969 WHA

  v.

WILLIAM KNIPP,                             **JUDGMENT**

    Respondent.

    For the reasons stated in the accompanying order denying the petition for habeas corpus, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of respondent. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: October 24, 2013.                         _____
                                                               WILLIAM ALSUP
                                                               UNITED STATES DISTRICT JUDGE