IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY WINSTON UCKELE,

    Petitioner,

v.

WILLIAM KNIPP,

    Respondent.

No. C 12-04969 WHA

**JUDGMENT**

For the reasons stated in the accompanying order denying the petition for habeas corpus, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of respondent. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: October 24, 2013.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE